# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 24, 2016

151879

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

KENNETH RAY WRIGHT,
     Defendant-Appellant.

_____/

SC: 151879
COA: 327181
Oakland CC: 2011-238177-FC

On order of the Court, the application for leave to appeal the June 15, 2015 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2016



Clerk

d0516